# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 NOV 13 A 9 07

CLERK OF COURT

(Full name of plaintiff(s))

Jill L. Otis

v.

Case Number: 20-C-1711

(Full name of defendant(s))

State of Wisconson

Racine County D.P. Human Services

Marie Flos

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconson__, and is located at
   (State)

   6861 91st Pleasent Piraivie WI, 53158 #122
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Racine County Dpt. Human Services__
   (Name)
   is (if a person or private corporation) a citizen of __Marie Flos__

Complaint – 1

Case 2:20-cv-01711-SCD   Filed 11/13/20   Page 1 of 5   Document 1

and (if a person) resides at Racine County Dp.t. Human Services (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Racine County DPT Human Services
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Racine Dpt. Human Services child protective Services State took my son Kyleen Wright put him in DCFS child protive Services in a Number of homes in 2014 after a case was thrown out and Never gave him back, They put him after 4 years with his father after I told them No for a number of reason's. Stacy Wright his father got his house radied gas was thrown in window with my son in the house. They Took him when a case was thrown out in 2014 Kept him for No Reason and put him in Numberson location I was Never a unfit

Mom the State should have given him back after the case was thrown out but they never did we want justice for what they put my son Kylen Wright theu. Now he is haveing all kinds of emotion problems. He states the people they put him with took him thru all kind's of emotion problems. It happend in Waterford County when I was pull over Jill Otis and they tryed to charged me with a OWI and the case was thrown out in 2014 When officer Kayla Dermuser put me over they took my son and did not give him to my Mom took me to Jail Never gave my son back Marie fl& put him IN Numbers foster homes for No Reason.

Complaint – 3

Case 2:20-cv-01711-SCD   Filed 11/13/20   Page 3 of 5   Document 1

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want the State of Wisconson to pay for my son Kyleen Wright pain and suffering and violating "his" our Civel Right's 67,0000. Take this case to court if we have to.

*Jill Olks*

E.  JURY DEMAND

I want a jury to hear my case.

☒ YES      ☐ - NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 13th day of Nov 20 20.

Respectfully Submitted,

*Jill Olson*
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

6861 91st Pleasent Piraire WI 53158, 22
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.